In re Easter Seal Soc. Crip. Ch.; Adults of Louisiana Inc.; Adams, Gerald; Adams, Placide; Barber, Donald; Campo, Murphy; Carpenter, Kathy; Carvin, Joyce J.; Charles, Ursula; Cymbal, Martin; Davis, Michele; Davis, Oscar; Dinvaut, Bonnie; Dolliole, Milford; Dudley, Henry; Early, Mike; Ellis, Percy; Finóla, George; Green, Jerome; Greggs, Isaac Dr.; Harris, Roger; lile, James; Jackson, Terral; Johnson, Ralph; Kole, Ronnie; Mancini, Thomas Jr.; Marcelle, Deidra; Montalbano, Carlo; Moody, Carolyn Yvette; Morial, Ernest Hon.; Olinsky, Francis L.; Prejean, George; Ross, Crystal; Rouege, Patricia L.; Germain, Albert S.; Salmon, Harold; Savoie, Leo; Segue, Gwendolyn; Sharp, Amy; Sino, Lou; Smith, Kenneth M.; Southern University; Spears, Lloyd; Ter-valon, Clement; Thomas, Gigi; Wilson, Glenn; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. CA-7045; Parish of Orleans, Civil District Court, Div. “J”, No. 81-13132.
Denied.
CALOGERO, MARCUS and DENNIS, JJ., would grant the writ.